FILED
2023 SEP 8 AM 8:00
CLERK
U.S. DISTRICT COURT

Name: Constantino Cuara R.
Address: 4207 W- 5655 S. Kearns UT 84118
Telephone: 385 488 0567

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Constantino Cuara R.
(Full Name)
**PLAINTIFF**

vs.

Google Alphabet Inc.
NASDAQ: Google
Dow Inc. (U.S.: NYSE)
Android Inc.
O.C. Tanner
Twitter, Inc.
Facebook Inc.
Apple Inc., Amazon Inc., Microsoft Corporation, Inc.
USPS (USPS) USA.gov. URS store, Inc.
Entertainment software Association
Entertainment software Association Canada
International game developers Association

**DEFENDANTS**

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:23-cv-00608
Assigned To : Bennett, Jared C.
Assign. Date : 9/5/2023
Description: Cuara v. Google Alphabet et al

RECEIVED US Dist Court-UT
SEP 05 '23 PM02:53

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:
   a. ✓ 42 U.S.C. §1983
   b. ✓ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R.
   IS A CITIZEN OF THE STATE OF SLC UT US

   PRESENT MAILING ADDRESS: 4207 W- 5655 S. Kearns UT 84118

3. NAME OF FIRST DEFENDANT _Google Alphabet Inc._
   IS A CITIZEN OF _SLC  UT  US_
   (City and State)

   IS EMPLOYED AS _USA gov_ at _SLC UT US_
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES _✓_ NO ___ . If your answer is "YES" briefly explain.

   _Color of law refer to the appearance of legal authority, or an apparently legal right that may not exist_

4. NAME OF SECOND DEFENDANT _All Defendants_
   (If applicable)

   IS A CITIZEN OF _SLC UT USA_
   (City and State)

   IS EMPLOYED AS _USA gov_ at _SLC UT US_
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES _1/_ NO ___ . If your answer is "YES" briefly explain.

   _Same Above_

5. NAME OF THIRD DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
   (City and State)
   IS EMPLOYED AS _____ at _____
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
                  (city and State)

   IS EMPLOYED AS_____ at _____.
                 (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem. I'm the owner of all trademarks of United States and global network, federal and states entities, under sha 256 fingerprint hereditary blood, malicious and misconduct Hatch Act, KKK Act

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a.  (1) Count I: _Google Alphabet Inc._

        (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
        _18 U.S.C. 1031 major fraud against the United States of America, 18 U.S.C section 1030 fraud of computers, 18 U.S.C 2-239 pyramid scheme promotional scheme penal code section 327, 18 U.S.C. Code 1348 securities and commodities fraud 18 U.S.C Code section 2381 federal crime of treason "RICO" Charges_

    b.  (1) Count II: _All Defendants_

        (2) Supporting Facts: _____
        
        _Same Above_

    c.  (1) Count III: _____

(2) Supporting Facts: _____

_____

_____

_____

_____

_____

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

    *Mental Diseases*

    *"WE VS OUR"*

    *DEATH*

    _____

    _____

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO ____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a.  Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

    b.  Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

_____

_____

e. When did you file the lawsuit? _____
   Date    Month    Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:
   *Damages Unspecified*

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  SLC  UT  US on 09/05 2023
           (Location)        (Date)

_____
Signature